# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRIDGET RIVET AND TYLER
RIVET

VERSUS

PRECISION LANDSCAPE, LLC
D/B/A PRECISION LANDSCAPE
AND POOLS, LLC, DISCOUNT
FIBERGLASS POOLS, INC. D/B/A
TALLMAN POOLS AND MESA
UNDERWRITERS SPECIALTY
INSURANCE COMPANY

NO. 2022 CW 0704

JULY 08, 2022

---

In Re:    United Specialty Insurance Company, applying for
          supervisory writs, 18th Judicial District Court,
          Parish of Iberville, No. 79793.

---

**BEFORE:    HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

**AHP**
**WIL**

**Holdridge, J.,** concurs and would deny the writ. While some of the plaintiffs' claims may not be covered under the relator's policy, relator has an adequate remedy on appeal after a determination of the fault of Precision Landscape, LLC d/b/a Precision Landscape and Pools, LLC and the amount of damages, if any, that may be owed to the plaintiffs.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT